IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Aubrey Jones, | C/A No. 3:18-2097-JFA-PJG |
| Plaintiff, | |
| v. | **ORDER** |
| City of Columbia; Anthony Viehweg, *in his individual capacity as an Officer for the City of Columbia*, | |
| Defendants. | |

Plaintiff filed this civil action in July 2018. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On July 31, 2019, the court granted the parties' motion for extension of time to file dispositive motions to be calculated following the issuance of an order on Defendant City of Columbia's motion for partial judgment on the pleadings. (ECF No. 45.) The court entered its order granting in part Defendant City of Columbia's motion on October 17, 2019; accordingly, the deadline to file dispositive motions was December 18, 2019. As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **December 27, 2019** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

December 19, 2019
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE